1

THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**
          **WESTERN DISTRICT OF WASHINGTON**
9                    **AT SEATTLE**

10    KRS MARINE, LLC,

11                    Plaintiff,                    No. 2:25-cv-00263-BJR

12          v.                                      STIPULATION AND ORDER OF
                                                    DISMISSAL WITH PREJUDICE
13    ALASKA LOGISTICS LLC

14                    Defendants.

15
          Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action, KRS Marine, LLC,
16
Alaska Logistics, LLC, Heko Services, Inc., and Kelly-Ryan, Inc., by and through their
17
undersigned counsel of record, hereby stipulate and agree that all claims, counterclaims, and
18
third-party claims made or that could have been made in this action are hereby dismissed with
19
prejudice and without an award of costs to any party,
20
//
21
//
22
//
23

{30361-01133116;1}
STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No. 2:25-cv-00263-BJR - Page 1

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4912-9515-5278, v. 1

I.    **ORDER**

THIS MATTER having come before this Court by way of stipulation by KRS Marine, LLC, Alaska Logistics, LLC, Heko Services, Inc., and Kelly-Ryan, Inc., by and through their undersigned counsel of record, to dismiss all claims made or that could have been made against all parties and without costs and attorney's fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

All claims, counterclaims, and third-party claims made or that could have been made in this action are hereby dismissed with prejudice and without an award of costs to any party.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

s/ *Matthew C. Crane*_____
Matthew C. Crane, WSBA 18003
Attorneys for KRS Marine, LLC, Heko Services, Inc. and Kelly-Ryan, Inc.

2101 Fourth Avenue Suite 2400
Seattle, WA  98121
Tel:  (206) 905-3223
Fax:  (206) 448-9076
Email:  mccrane@bmjlaw.com

{30361-01133116;1}
STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No. 2:25-cv-00263-BJR - Page 2

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4912-9515-5278, v. 1

1

2

3

4    /s/ Nathan J. Beard
     NATHAN J. BEARD, WSBA # 45632
     /s/ James R. Dunlap
5    JAMES R. DUNLAP, WSBA # 50020
     LE GROS BUCHANAN & PAUL, P.S.
6    4025 Delridge Way S.W., Suite 500
     Seattle, Washington 98106
7    Telephone: 206-623-4990
     Facsimile:  206-467-4828
8    Email:  nbeard@legros.com
             jdunlap@legros.com
9    Attorneys for Alaska Logistics LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

{30361-01133116;1}
STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No. 2:25-cv-00263-BJR - Page 3

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4912-9515-5278, v. 1